# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INITIAL APPEARANCE |
| v. | ON RULE 5 HEARING |
| WILLIAM F. BAKER | Case No. **25-MJ-615** |

| | |
|---|---|
| HONORABLE TIFFANY E. WOELFEL, presiding | Hearing Began: <u>3:35 p.m.</u> |
| Deputy Clerk: Kyle | Hearing Ended: <u>4:01 p.m.</u> |
| Hearing Held: July 30, 2025 | Tape Number: <u>Zoom 073025</u> |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by | Robert Ruff (SDNY), Timothy Funnell |
| WILLIAM F. BAKER by: | Thomas Phillip |
| | ☒ FDS  ☐ CJA  ☐ RET |
| U.S. PROBATION OFFICE by: | Robert Herman |

☒ Court orders counsel appointed

☒ Copy of ☒ complaint ☐ indictment received by Defendant;

☐ document read; ☒ reading waived

☒ Defendant advised of rights, charges, penalties and fines

Defendant orally agrees to waive his right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.

Defendant requests that his

☒ preliminary hearing and/or  ☒ detention hearing be held in the prosecuting district, at a time set by that court

The court hears argument on the issue of detention pending transfer to the Southern District of New York. Mr. Ruff argues for detention and defendant's transport to the Southern District by the U.S. Marshal Service. Mr. Phillip argues for Mr. Baker's release.

The court finds by clear and convincing evidence that no combination of conditions of release will reasonably assure the defendant's appearance as required or the safety of any other person and the community, and the court orders the defendant be detained pending transfer to the Southern District of New York.